UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE C. WILLIAMS,

    Plaintiff,

v.                                                                       Case No. 12-15075

                                                                       Hon. Victoria A. Roberts

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. # 19)

On February 10, 2014, Magistrate Judge Michael Hluchaniuk submitted a Report and Recommendation recommending that the Court **GRANT** Plaintiff's Motion for Summary Judgment, **DENY** Defendant's Motion for Summary Judgment, **REVERSE** the Commissioner's findings, and **REMAND** this matter to the Commissioner.

Neither party filed objections within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d). The Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

    **IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: March 3, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record and George C. Williams by electronic means or U.S. Mail on March 3, 2014.

S/Carol A. Pinegar
Deputy Clerk